UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:07CV49-J

ALMON DALE ALLEN                                                              PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                               DEFENDANT

### ORDER AND JUDGMENT

Plaintiff Almon Dale Allen seeks Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the Decision of the Commissioner be upheld.

Plaintiff's objections to the Magistrate's Report are that the Magistrate erred in finding that 1) the missing hospital records from Dr. McCord were cumulative, and therefore not material; 2) the subsequent favorable decision by the state agency physicians was based on a different age bracket under the grid regulations and is therefore not pertinent; 3) the ALJ properly complied with the requirements of Wilson v. Commissioner, 378 F.3d 541, 546-547 (6th Cir. 2004) & C.F.R. §404.1527; and 4) the District Court lacks jurisdiction to review whether the Commissioner's failure to reopen was appropriate. These issues were sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The ALJ's determinations are supported by substantial evidence and are entitled to deference. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Order and Judgment, and there is no just cause for delay.